UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division
Case Number: **15-10172-CIV-MARTINEZ-GOODMAN**

HOWARD COHAN,

    Plaintiff,

vs.

PIRATES COVE MASTER ASSOCIATION, INC. and NWS TRANQUILITY BAY PROPERTY OWNER LLC d/b/a TRANQUILITY BAY BEACH HOUSE RESORT,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [D.E. No. 14]. It is:

**ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 2 day of December, 2015.

                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record